**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLEN ARROYO,<br><br>        Petitioner,<br><br>    vs.<br><br>M.D. BITER, WARDEN,<br><br>        Respondent. | CASE NO. CV 12-02095 GAF (RZ)<br><br>JUDGMENT |

This matter came before the Court on the Petition of CARLEN ARROYO, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed as to Claim 1 with prejudice and as to Claim 2 without prejudice.

DATED: December 19, 2012

*/s/ Gary Feess*

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE